**Ben E. Dupre SBN 231191**
**DUPRE LAW FIRM**
**1400 Coleman Ave, Suite D12**
**Santa Clara, California 95050**
**Telephone Number: (408)874-5300**
**Facsimile Number: (408) 727.5310**
**Email: duprelaw@gmail.com**

Attorney for Plaintiff
DERRELL SMITH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DERRELL SMITH, <br><br> Plaintiff, <br> v. <br><br> INTERNATIONAL RECOVERY SYSTEMS, INC., PULSONIC, INC., <br><br> Defendant(s). | Case No. C07-04356 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

COMES NOW the Plaintiff, DERRELL SMITH, by and through counsel, Ben E. Dupre of the Dupre Law Firm and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, DERRELL SMITH, hereby dismisses, with prejudice, all claims made by him against INTERNATIONAL RECOVERY SYSTEMS, INC., PULSONIC, INC., in his Complaint filed herein on August 7, 2007.   Plaintiff futher notifies the Court that his dispute with Defendants has been settled.

DUPRE LAW FIRM

By: /s/ Ben E. Dupre
Ben E. Dupre, Esq.
Attorney for Plaintiff
DERRELL SMITH

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE